AUSA: Kenton C. Weikener Telephone: (313) 269-4796

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Erik Nygren (DSS) Telephone: (313) 206-8235

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Shannon Monet Steel

Case No. 26-nj-30532

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January through March 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Erik Nygren, Special Agent (DSS)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 31, 2026

[signature]
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1. I, Erik Nygren, being first duly sworn, hereby depose and state as follows:

## EXECUTIVE SUMMARY

2. I make this affidavit in support of a criminal complaint and arrest warrants charging SHANNON M. STEEL with wire fraud in violation of 18 U.S.C. § 1343.

3. In February 2026, pursuant to documents that promised millions in available investment funds, Shannon Steel convinced VICTIM 1, a businessperson in California, to wire $200,000 to an escrow account in the Eastern District of Michigan in exchange for a Standby Letter of Credit (SBLC). In exchange, Steel provided VICTIM 1 with a false "Bank Confirmation Letter" from Deutsche Bank indicating Steel Private Bank holds an account with a balance exceeding €300,000,000 euros. Deutsche Bank investigators examined the purported Bank Confirmation Letter and determined the letter to be fraudulent and the referenced bank account not to be held by Steel or any of her companies. Ms. Steel also used other misrepresentations to present herself as a credible investment partner.

## INTRODUCTION AND BACKGROUND

4. I am a Special Agent with the U.S. Department of State Diplomatic Security Service (DSS) and have been employed as such for over nine years. My primary duties include conducting investigations pertaining to fraud concerning passport fraud, visa fraud, identity theft and programs affecting the Department of State. I am also a part-time detailee to the Federal Bureau of Investigation Detroit Field Office. I have received training in investigations and evidence collection at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia as well as the U.S. Department of State Interim Training Facility in Summit Point, West Virginia. I am currently assigned to the DSS Detroit Resident Office. Prior to being employed by DSS, I was a Police Officer in the City of Alexandria (VA) for a period of approximately 5 years and worked patrol in addition to being a member of several specialized units.

5. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents and witnesses – in particular, investigators with the Federal Bureau of Investigation (FBI), Homeland Security Investigations (HSI), AmeriCorps Office of Inspector General (AmeriCorps OIG), and Internal Revenue Service Criminal Investigation (IRS-CI). This affidavit is intended to show merely that there is sufficient probable cause for a criminal complaint charging SHANNON M. STEEL with wire fraud in violation

of 18 U.S.C. § 1343 and does not set forth all the facts known to me or other law enforcement officers regarding this matter.

## PROBABLE CAUSE

*Introduction and Overview*

6. Shannon Steel has publicly presented herself as an appointed Ambassador of the Central African Republic to the United States, recipient of the President's Lifetime Achievement Award (2024), and the owner of Steel Private Bank which purports to be a successful financial institution with significant assets. In February 2026, Shannon Steel solicited $200,000 by means of direct wire deposit from VICTIM 1, located in California, to an escrow account in the Eastern District of Michigan in exchange for a Standby Letter of Credit (SBLC). Written agreements pertaining to this transaction were also signed using a digital signing service that transmits the documents and signatures by means of interstate wire.

7. Investigation by federal law enforcement shows that Shannon Steel has made fraudulent or misleading representations regarding her accomplishments and credentials. Steel provided VICTIM 1 with a false "Bank Confirmation Letter" from Deutsche Bank indicating Steel Private Bank holds an account with a balance exceeding €300,000,000. Deutsche Bank investigators examined the purported Bank Confirmation Letter and referenced accounts and determined the letter to be

fraudulent and the referenced bank account not to be held by Shannon Steel or any of her companies.

*Relevant Terms and Statutes*

8. A standby letter of credit ("SBLC") is a contract between a bank and its client. SBLCs are usually used by businesses seeking to obtain contracts for goods or services. An SBLC typically does two things. First, the bank that issues the SBLC effectively vouches for the creditworthiness of its clients and provide legitimacy to a client's claims that it can satisfy financial obligations and is the "letter of credit" portion of an SBLC. Second, the issuing bank becomes the client's guarantor, promising that if the client cannot meet its financial obligations, the bank will make payment on the client's behalf. This is the "standby" portion of the SBLC, as the bank is on standby as a guarantor. The client pays the bank to issue the SBLC, the cost for which is typically a percentage of the total obligation that the bank has agreed to guarantee.

9. 18 U.S.C. § 1343 states, "Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for

the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both…"

10. An Ambassador to a country is a credential diplomat, certified by the sending country to conduct diplomatic functions on its behalf of its sending country. Ambassadors of other countries to the United States are accredited foreign diplomats of the sending nation. Ambassadors of the United States *to* another country are U.S. Government employees and credentialled diplomats sent to oversee U.S. foreign policy and government operations in a foreign host country where a U.S. Embassy is located.

11. The Lifetime Presidential Achievement Award is part of the President's Volunteer Service Award (PVSA) program, established to honor Americans who dedicate over 4,000 hours of volunteer service over a lifetime. This program is operated by AmeriCorps, an independent agency of the United States government, which delegates award process the non-profit entity Points of Light which certifies submissions from other organizations that document a recipient's credentials and eligibility.

*False and Misleading Representations Made by Shannon Steel*

A. <u>Shannon Steel's Public Claims to be an Ambassador</u>

12. The U.S. Department of State, Diplomatic Security Service (DSS) opened an investigation into Shannon Steel when a reporter with Crain's Detroit

Business contacted the U.S. Department of State to confirm Shannon Steel's credentials as an ambassador. Records with the U.S. Department of State's Office of Foreign Missions indicate that Shannon Steel is not an accredited diplomat from any other country to the United States, nor is she an employee of the United States Government in any capacity as an Ambassador or diplomat to any other country.

13. Shannon Steel's various personal and professional websites and social media pages have made false and misleading assertions about her being an ambassador, including the following:

a. The Shannon Steel Foundation website as observed by investigators in 2024 (www.shannonsteelfoundation.org) stated, "As the newly appointed Ambassador, I am committed to developing economic stability in the Central African Republic….", and also featuring a photograph of her and the "First Lady [of the] Central African Republic."

b. Shannon Steel's Instagram featured a video depicting her on ABC 7 News Detroit advertising the Detroit Polo Classic, and Steel states, "I thought this was a great opportunity to bring awareness of some of the things that I'm doing globally. and one of the things that I'm doing is I was just sworn in as Ambassador for Central African Republic to the United States…"

c. Shannon Steel's Instagram account, Shannon_steel1 contained numerous posts as observed in August 2024 on her account referencing herself as "Ambassador Steel"










d. Shannon Steel's Facebook[1] page also contained a post-dated October 2023 showing STEEL in what appears to be a foreign country stating "I put a whole country on my back…. #AMBASSADOR STEEL…", and a post with

1. [1] https://www.facebook.com/steelfinancial, was previously viewable to the public

#AMBASSADORSTEEL and an item on her lap with a "Steel Private Bank" logo.







e. Shannon Steel's Instagram and Facebook pages as observed in August 2024 also contained posts referencing Lifetime Presidential Achievement Award with titles of "CEO of Steel Private Bank, Ambassador & Hedge Fund owner" indicating that the award was granted in March of 2024.







[Instagram: Left image, Facebook: Right image]

B. <u>Shannon Steel Lifetime Presidential Achievement Award</u>

14. In March of 2024, Shannon Steel received the Lifetime Presidential Achievement Award for her claimed volunteerism through the company Compassionate Helpers. The Lifetime Presidential Achievement Award was[2] a program of AmeriCorps where third parties that are designated certifying entities may submit awards. "LG" is an associate of Shannon Steel and the owner of "CERTIFYING AGENCY #1". "LG" utilized "CERTIFYING AGENCY #1", an authorized certifying agency, to submit the award on behalf of Steel. The award

[2] The Lifetime Presidential Achievement Award program has been suspended by AmeriCorps due to concerns regarding fraud and lack of proper program oversight.

was presented to Shannon Steel on or about March 2024. Digital depictions of the award show photographs of Shannon Steel and also then-President Joe Biden and Vice President Kamala Harris.

15. I spoke to "L.G.", who stated that she gave the award to Shannon Steel without specific documentation of the 4,000 hours, which is in violation of AmeriCorps program guidelines and requirements. Instead, "L.G." stated she looked at Steel's overall resume and determined she would be eligible to receive the award and considered Steel's association with "MICHIGAN STATE SENATOR #1", an elected member to the Michigan State Senate.

16. "L.G." provided to investigators records regarding the issuance of the award after she was notified of the investigation into Steel. "L.G." confirmed that these records documenting the 4,000 hours were generated after the award was already certified and presented, and Shannon Steel also signed them after "L.G." had spoken with law enforcement and Shannon Steel had become aware of a federal investigation involving her conduct. I spoke with the Special Agent in Charge of the AmeriCorps Office of the Inspector General who confirmed that Shannon Steel's award was inconsistent with program guidelines and requirements and would not have been genuinely awarded given the information provided at the time of issuance.

C. Shannon Steel's Hotel and Management Solution Holdings, LLC

17. Shannon Steel has made public comments and depictions of herself as a successful hotel owner,[3] by "acquiring a 239 Embassy Suites by Hilton completing a $3,000,000.00 renovation and converted it into a Wyndham hotel"[4]. This hotel was located in Southfield, Michigan and owned and operated by her company Management Solution Holdings, LLC.

18. I observed records from the City of Southfield and spoke to a city employee involved in enforcement of code violations which confirmed that Steel's hotel was never granted a Certificate of Occupancy and was never authorized to open.

19. Online court records from the District of New Jersey Case 2:23-CV-02183-EP-MAH indicate Ramada Worldwide, Inc, the owner of Wyndham Hotels & Resorts, was awarded a default judgement against defendants, including Shannon Steel, in the amount of $1,558,444.79, with Ramada Worldwide, Inc. stating in a complaint that Steel and defendants breached the Franchise Agreement because it failed to open the facility in accordance with agreement terms after being unable to obtain a Certificate of Occupancy.

D. Claims Regarding Steel Private Bank

---

3 https://www.ustimesnow.com/shannon-steel-the-rising-icon-of-the-international-banking-and-finance-industry/; https://www.youtube.com/watch?v=NcDP_U-nE3c; https://www.youtube.com/watch?v=rZ-eLuZAsX4
4 https://www.youtube.com/watch?v=rZ-eLuZAsX4

20. Shannon Steel has advertised her ownership of "Steel Private Bank" on social media pages, in her public speaking events, and on websites where users can report self-created "news" stories[5] to be published as genuine news.

21. Throughout the investigation, investigating agents have not observed any US registered or Federal Deposit Insurance Corporation (FDIC) insured bank owned by Steel. I conducted a search of online FDIC records and could not locate any FDIC bank with the name "Steel" in the title that was associated with Shannon Steel. Documents observed by investigators reference entities to include Steel Private Bank, Steel Private Trust, Steel Private Bank Ltd., with such entities incorporated in Union of the Comoros[6], the British Virgin Islands, London, and Sweden.

22. Steel purported as later described in this affidavit to VICTIM 1, a resident of California, that her private bank had assets in its possession of more

---

[5] https://ceoworld.biz/2026/04/17/shannon-steel-building-steel-private-bank-into-a-modern-finance-leader/#google_vignette; https://www.vernamagazine.com/shannon-steel-visionary-leader-and-trailblazer-in-private-banking/; https://nyweekly.com/business/steel-private-bank-and-funds-750m-acquisition-of-shah-petroleum-app-surpasses-exxons-bid/; https://www.rollingstone.co.uk/style/shannon-steel-transforming-lives-from-detroit-to-africa-37277/; https://www.brainzmagazine.com/post/shannon-steel-turning-ideas-into-financial-solutions

[6] Union of the Comoros is a small archipelagic country in Southeast Africa with a population of less than 1 million residents.

than €300,000,000, which were housed in an account held by Deutsche Bank. That claim was false.

E. Summary of False Claims and Representations

23. Based on the aforementioned facts, Shannon Steel has displayed a public persona as the owner of a bank with significant assets, an Ambassador, and a successful hotel owner, with representations that are either materially false or grossly misleading. During the course of investigation into conduct of Shannon Steel between 2022 and present, investigators with the FBI, IRS, and DSS spoke with investors and business partners of Steel who referenced their knowledge and research of these achievements as reasons, at least in part, of why they found her a credible and trustworthy individual with whom to invest.

24. In furtherance of the Standby Letter of Credit fraud scheme as further outlined below, an employee of Steel Private Bank, "SPB EMPLOYEE #1", encouraged a prospective investor to "look her up", referencing Shannon Steel's qualifications.

*Steel Private Bank and Standby Letter of Credit Fraud Scheme*

A. SBLC Agreement and Wire Payment Pertaining to Victim 1

25. VICTIM 1 is an investor who lives in California and is actively seeking finances, including loans, as part of a land development project to be executed by his company in California. VICTIM 1 is managing the project through

his company ("COMPANY 1"). VICTIM 1 learned of Shannon Steel through an associate.

26. VICTIM 1 conducted research of Shannon Steel online and found websites indicating she was an Ambassador, recipient of the Presidential Lifetime Achievement Award, and a successful bank owner, all claims which as described above are either false or misleading. VICTIM 1 was encouraged by a representative of Shannon Steel to "look her up" before conducting business with Steel Private Bank or Steel Capital GP.

27. VICTIM 1 is friends with VICTIM 2. VICTIM 2 conducted a meeting on his behalf himself and VICTIM 1 with Shannon Steel and an employee of Steel Private Bank ("SPB EMPLOYEE 1") in person on January 14 or 15th, 2026 in Detroit, Michigan at the DoubleTree Hotel.

28. Pursuant to the scheme created by Steel—which included false claims, a set of related documents, and verbal representations made by Steel in the meeting which occurred in the Eastern District of Michigan—VICTIM 1 via COMPANY 1 entered a written business agreement with Shannon Steel where VICTIM 1 was to pay $200,000 in order to obtain from Shannon Steel an SBLC that would enable VICTIM 1 through COMPANY 1 to obtain credit through other financial institutions with the backing of Steel Private Bank and the asset balances which it possessed.

29. This agreement was digitally signed using DocuSign, a third-party digital signing service, with one of the documents indicating that Shannon Steel's signature was affixed on February 9, 2026 and "Drawn on Device" and "Signed using mobile". This agreement was also signed using DocuSign by "VICTIM 1" on February 9, 2026 and by "ESCROW AGENT 1" on February 9, 2026, being transmitted between the parties electronically (by wire) through DocuSign.



**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

Shannon Steel
info@steelprivatebank.com
CEO
Security Level: Email, Account Authentication (None)

DocuSigned by:

Signature Adoption: Drawn on Device
Using IP Address: 174.211.33.161
Signed using mobile

Sent: 2/9/2026 12:27:06 PM
Viewed: 2/9/2026 12:30:49 PM
Signed: 2/9/2026 12:30:54 PM

30. Based on my training and experience, the above-described use of DocuSign and transmission of the documents through DocuSign services constitutes a wire in interstate commerce as described in 18 U.S.C. § 1343.

31. In January and February 2026, Shannon Steel, VICTIM 1, and/or ESCROW AGENT 1 signed various documents, including an Escrow Agreement, Addendum No. 1 to Escrow Agreement, a Letter of Non-Solicitation and Request (signed by VICTIM 1 only), and an "SBLC Monetization Process & Funding Flow" (signed by STEEL only). The SBLC Monetization Process & Funding Flow document discussed the funds available to VICTIM 1's company on the basis of "the Standby Letter of Credit (SBLC) issued in the face amount of $250,000,000

USC" and offered VICTIM 1's company "total accessible funding of … $100,000,000 USD".

32. Pursuant to the documents and scheme, VICTIM 1 wired $200,000 from a US Bank Business Checking account held by COMPANY 1 in California to a PNC Bank escrow account with an escrow agent ("ESCROW AGENT 1") located in Southfield, Michigan (Eastern District of Michigan). The wire memo for the transaction reads "SBLC DEPOSIT BUSINESS [COMPANY 1], INC".

B. Fraudulent SBLC Letter Sent to Victim 1

33. Following the wire payment sent from Victim 1 to ESCROW AGENT 1, SPB Employee 1 produced a "Bank Confirmation Letter" which affirmed that Deutsche Bank account of Steel Capital GP LLC, for which Shannon Steel is the "CEO", "holds an amount of cash funds on deposit in our bank, in account number *** ****098, of not less than Three Hundred Million Euros (€300, 000.000.00). We further confirm that these funds are fully owned, cleared and free from any liens and encumbrances."

34. An image of the letter is depicted on the following page. It also states that "As per instructions of our client, we [Deutsche Bank AG] hereby confirm with full bank responsibility that we are ready, willing, and able to issue a … Standby Letter of Credit … up to the amount of Two Hundred Ninety Million Euros (€290, 000.000.00)." Affixed to the document is a blue stamp dated "12 Mar 2026"

and what appear to be written ink signatures from the Deutsche Bank Chief Technology, Data and Innovation Officer and the Head of Business Customers.

**Deutsche Bank AG**
Taunusanlage 12 60325,
Frankfurt am Main, Germany

Kundenservice
Telefon: +49 69 910 00
Fax: +49 69 910 34225

12 MAR 2026

*Date:* Thursday, March 12, 2026

*Sender:* **Deutsche Bank AG**
Taunusanlage 12, Frankfurt am Main
Mr. Bernd Leukert, Chief Technology, Data and Innovation Officer
Mr. Carsten Lewerenz, Head of Business Customers

To: **Steel Capital GP LLC**
3500 South DuPont Highway, Dover, Delaware 19901, USA
Attn: Ms. Shannon Steel, CEO

Re: Account name: Steel Capital GP LLC
Account no: 0920008873
IBAN (EUR): DE43 5007 0010 0920 0098 73

Ref: 260312RE0920009873BCL/2

## BANK CONFIRMATION LETTER

We, Deutsche Bank AG, located at Taunusanlage 12, 60325 Frankfurt am Main, Germany, hereby confirm with full bank responsibility and with full legal liability, that our client, Steel Capital GP LLC, holds an amount of cash funds on deposit in our bank, in account number 100 9200098, of not less than Three Hundred Million Euros (€300,000,000.00). We further confirm that these funds are fully owned, cleared and free from any liens and encumbrances.

As per instructions of our client, we hereby confirm with full bank responsibility that we are ready, willing, and able to issue a Swift MT-760 fully cash-backed irrevocable, extendable, transferable Demand Guarantee or Standby Letter of Credit, via the Brussels Swift network, up to the amount of Two Hundred Ninety Milion Euros (€290,000,000.00), in whose favor and bank our client will specify.

This operative and callable instrument, subject to the uniform commercial code, is valid for a minimum of one (1) year and one (1) month from the date of its issuance with possible validity extension up to five (5) years.

To ensure confidentiality and security, the verification and the confirmation of this present BCL letter shall only and strictly be held on a "bank-to-bank" communication basis through Swift, Swift chat or Pin chat.

Find hereunder the coordinates of our bank officer in charge of such communication:

Mr. Markus Holzhauser
Corporate Banking Officer
PIN: 63309
Codec: DEUT043367
Email: markus.holzhauser@db.com

For and on behalf of:

Deutsche Bank AG
*Taunusanlage 12, F...*

Deutsche Bank AG Frankfurt, Germany, Taunusanlage 12, 60325
Deutsche Bank
Tel: +496991000 Fax: +496991034225

| | |
|---|---|
| **Mr. Bernd Leukert** | **Mr. Carsten Lewerenz** |
| Chief Technology, Data and Innovation Officer | Head of Business Customers |
| PIN: 34338 | PIN: 53329 |
| Tel: +49 69 910 00 | Tel: +49 69 910 00 |
| Email: bernd.leukert@db.com | Email: carsten.lewerenz@db.com |

Copy of the SBLC "Bank Confirmation Letter" provided by STEEL to VICTIM 1

35. On February 25, 2026, Shannon Steel and VICTIM 1 signed a “Confirmation of Strategic Partnership” via Docusign which states “Steel Capital GP confirms that it has entered into a strategic financial partnership with [COMPANY 1] for the purpose of facilitating investment activities, structured financing, capital market transactions, and related financial incentives… Steel Capital GP further confirms that its institutional bank account with Deutsche Bank AG has a current balance of €300,000,000 (Three Hundred Million Euros)…”

Next Page: Copy of the “Confirmation of Strategic Partnership”

[Remainder of this page intentionally left blank.]

Steel CAPITAL

www.steelcapitalmgt.com

**CONFIRMATION OF STRATEGIC PARTNERSHIP**

Date: 2/25/2026

To Whom It May Concern,

This letter serves as formal confirmation of the strategic partnership between **Steel Capital GP**, with its principal office located at:

3500 South DuPont Hwy
Dover, Delaware 19901
United States of America

and [redacted] a corporation with its principal office located at:

[redacted]
San Diego, CA 92101
United States of America

Steel Capital GP confirms that it has entered into a strategic financial partnership with [redacted] for the purpose of facilitating investment activities, structured financing, capital markets transactions, and related financial initiatives.

Steel Capital GP further confirms that its **institutional bank account with Deutsche Bank AG has a current balance of €300,000,000 (Three Hundred Million Euros)** and that it maintains sufficient liquidity and financial capacity to support the objectives of this partnership.

This partnership is established in good faith and reflects a mutual commitment to collaborating on identified projects, structured instruments, and other financial transactions consistent with applicable regulations and compliance requirements.

Both parties acknowledge that all activities undertaken pursuant to this partnership shall be subject to standard due diligence, compliance protocols, and applicable financial regulations.

This letter is issued upon request to confirm the existence of the strategic relationship between Steel Capital GP and [redacted] and may be relied upon for general confirmation purposes.

Should you require any further information, please do not hesitate to contact the undersigned.

Sincerely,

---

**Shannon Steel**
Authorized Signatory
Steel Capital GP
2/25/2026

DocuSigned by:
8EE6FA399EBD4E0

[redacted]
Chief Executive Officer
[redacted]
2/25/2026

Signed by:
[redacted]
7843C1E3140E417

STEEL CAPITAL GP, LLC | General Partner for Steel Capital LP
3500 S DUPONT HWY, DOVER, DE 1990
1.800.838.1443

36. On June 23, 2026, investigating agents contacted Deutsche Bank Anti-Fraud Team regarding the legitimacy of the Bank Confirmation Letter provided to VICTIM 1, to which they replied "We can confirm that the document titled 'Bank Confirmation Letter' was not issued by us and is not authentic. Our German branch holds no accounts for Steel Capital GP LLC." Additionally, Deutsche Bank investigators confirmed that an account number referenced in the letter is actually an internal Deutsche Bank settlement account and not an account held by any external party.

## CONCLUSIONS

37. For all the reasons stated above, there is probable cause that STEEL has committed the crime of 18 U.S.C. § 1343 (Wire Fraud).

Respectfully submitted,

Special Agent Erik Nygren
U.S. Department of State,
Diplomatic Security Service

Sworn to before me and signed in my presence and/or by reliable electronic means.

HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE